# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CALVIN McCLINTON,**

    **Plaintiff,**

v.                                                      Case No. 4:22-cv-376-AW-MAF

**ROBERT WESLEY, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's December 6, 2022 Report and Recommendation. ECF No. 4. There has been no objection. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 4) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to follow a court order and because the complaint is a shotgun complaint."

3. The clerk will then close the file.

SO ORDERED on January 17, 2023.

                                                 _s/ Allen Winsor_
                                                 United States District Judge